1  Jeremy T. Bergstrom, Esq.                                    E-filed on <u>November 5, 2009</u>
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-95971

5  Attorneys for Secured Creditor
   HYUNDAI CAPITAL
6
                          **UNITED STATES BANKRUPTCY COURT**
7                                **DISTRICT OF NEVADA**

8  In Re,                                          BK No.: BK-S-09-28672-LBR

9  KURT RICHARD AVERY AND MELISSA                  Chapter 7
   ANN AVERY,
10                                                 **REQUEST FOR SPECIAL NOTICE**
                    Debtor(s).
11

12 TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
   ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

13        PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

14 Bankruptcy Rules, Secured Creditor, HYUNDAI CAPITAL, requests that all notices given in

15 this case and all papers served or required to be served in this case (including, but not limited to,

16 Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset

17 Report), be given to and served upon the undersigned at the following address and telephone

18 number.

19        Jeremy T. Bergstrom, Esq.
          MILES, BAUER, BERGSTROM & WINTERS, LLP
20        2200 Paseo Verde Pkwy., Suite 250
          Henderson, NV  89052
21        PH (702) 369-5960

22                              MILES, BAUER, BERGSTROM & WINTERS, LLP

23 Dated:   November 4, 2009    By:   /s/ Jeremy T. Bergstrom, Esq.
                                      Jeremy T. Bergstrom, Esq.
24                                    Attorney for Secured Creditor

                                           1

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on   November 5, 2009  , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Frank J. Sorrentino
Law Office of Frank Sorrentino
1118 E. Carson Ave.
Las Vegas, NV 89101

CHAPTER 7 TRUSTEE:
Yvette Weinstein
6450 Spring Mtn. Rd. #14
Las Vegas, NV  89146

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

                                            /s/ Felicia A. McGhee
                                        An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-95971/rfsnlv.dot/fam)**